AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

John Casey, Individually and as Administrator of the Estate of Ora Casey

V.

Merck & Co., Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00896

TO: (Name and address of Defendant)

MERCK & CO., INC.
ONE MERCK DRIVE
POST OFFICE BOX 100
WHITEHOUSE STATION, NJ 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT G. GERMANY
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
410 S. PRESIDENT STREET
JACKSON, MISSISSIPPI 39201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  JAN 25 2008

CLERK _(signature)_                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-14-2008 @ 4:20 pm |
| NAME OF SERVER (PRINT) Chris Schneider | TITLE 24-7 Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Merck & Co, One Merck Drive, White House Station, NJ 08889

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Served Connie Boyle, Legal Assistant

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-14-2008
Date

Signature of Server: Chris Schneider

Address of Server: 1913 Greentree Rd, Cherry Hill, NJ

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.